AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00689 |
| ISAIAH GIDDINGS, | ) Assigned to: Judge Meriweather, Robin M. |
| BRIAN HEALION, | ) Assign Date: 12/8/2021 |
| FREEDOM VY, | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | Unlawful entry on restricted buildings or grounds |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:
See attached Statement of Facts.

☐ Continued on the attached sheet.

_____
Complainant's signature

Nicole Miller, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/08/2021

_____
Judge's signature

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title