# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| Plaintiff, | |
| v. | CASE NO: 1:21-mj-00689 (RMM) |
| ISAIAH GIDDINGS, BRIAN HEALION, and FREEDOM VY, | |
| Defendants. | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Walter Weir, Jr., Esquire of Weir Greenblatt Pierce LLP as counsel of record for Defendant Brian Healion in the above-captioned criminal action.

                                                                      WEIR GREENBLATT PIERCE, LLP
                                                                        a Pennsylvania Limited Liability Partnership

                                                            By: */s/ Walter Weir, Jr.*
                                                                   Walter Weir, Jr., Esquire
                                                                   Attorney ID No. 928234
                                                                   The Widener Building, Suite 500
                                                                   1339 Chestnut Street
                                                                   Philadelphia, PA 19107
                                                                   (215) 665-8181
                                                                   (215) 665-8191 Fax
                                                                   wweir@wgpllp.com

Dated: October 5, 2022

672925-1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| Plaintiff, | : |
| v. | : CASE NO: 1:21-mj-00689 (RMM) |
| ISAIAH GIDDINGS, BRIAN HEALION, and FREEDOM VY, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Walter Weir, Jr., Esquire, hereby certify that on this 5th day of October, 2022, I did cause a true and correct copy of the foregoing Notice of Appearance to be filed with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF case participants.

                                                        */s/ Walter Weir, Jr.*
                                                       Walter Weir, Jr., Esquire