UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-mj-689 |
| : | |
| BRIAN HEALION, and : | |
| FREEDOM VY, : | |
| : | |
| Defendants. : | |

**ORDER**

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on February 2, 2023 is to be continued for good cause to April 18, 2023 at 1:00 p.m.; and it is further

**ORDERED** that the time between February 2, 2023 and April 18, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review the voluminous discovery in this matter and discuss a potential resolution of the case. No exclusion of time to hold a preliminary hearing under Federal Rule of Criminal Procedure 5.1 is necessary because the defendants previously waived a preliminary hearing.

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE