**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STAES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| V. | : | **CASE NO.: 1:21-mj-00689** |
| | : | |
| **ISAIAH GIDDINGS, BRIAN HEALION,** | : | |
| **and FREEDOM VY,** | : | |
| | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this _____ day of _____, 2023, it is hereby ORDERED that Walter Weir, Esquire, and James A. Funt, Esquire, of Weir Greenblatt Pierce, LLP, be removed as counsel and new counsel be appointed forthwith.

BY THE COURT:

_____
J.

**WEIR GREENBLATT PIERCE LLP**
By: Walter Weir, Esq., ID #23137
By: James A. Funt, Esq., ID #73373
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
(215) 665-8181                                                                         Attorneys for Defendant

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STAES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| V. | : | **CASE NO.: 1:21-mj-00689** |
| | : | |
| **ISAIAH GIDDINGS, BRIAN HEALION,** | : | |
| and **FREEDOM VY,** | : | |
| | : | |
| **Defendants** | : | |

### WALTER WEIR, ESQUIRE'S MOTION TO WITHDRAW AS COUNSEL FOR BRIAN HEALION

To The Honorable Judge of the Said Court:

Undersigned counsel, Walter Weir, Esquire, and James A. Funt, Esquire, attorneys for defendant, Brian Healion, hereby seeks leave to withdraw as counsel for Brian Healion in the above captioned matter due to Defendant's financial hardship and in support thereof respectfully represents the following:

1. Pursuant to a fee agreement Walter Weir, Esquire originally entered his appearance to represent Mr. Healion when Mr. Healion was charged with two misdemeanor offenses. In April 2022, Mr. James Funt, Esquire, Mr. Weir's partner, joined Mr. Weir as counsel via a pro hoc motion and has served as lead counsel ever since.

2. On or about July 12, 2023, Mr. Healion received notice that the Grand Jury issued a new Indictment for additional felony counts. The charges now include: (1) Civil

      Disorder, (2) Entering and Remaining in a Restricted Building or Grounds, (3) Disorderly and Disruptive Conduct in a Restricted Building or Grounds, (4) Disorderly Conduct in a Capitol Building, and (5) Parading, Demonstrating, or Picketing in a Capitol Building.

3. The new matter is now listed for an Arraignment via a Zoom hearing on August 3, 2023. In addition, a Status hearing on the original is currently scheduled for September 19, 2023.

4. A lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client; and other good cause for withdrawal exists.

5. Due to unexpected hardships, Mr. Healion, a father of three small children under five and the sole financial supporter for his family, has been unable to comply with his financial obligations as previously set by the fee agreement/contract with Mr. Weir. Accordingly, Mr. Healion is unable to retain counsel for continued legal representation the charges.

6. Undersigned counsel cannot adequately prepare for or represent Mr. Healion without being compensated for the time and work necessary to provide Mr. Healion with effective legal representation.

7. Undersigned counsel has communicated with the Federal Public Defenders' Office regarding this matter, seeking their assistance with the appointment of new counsel should this Honorable Court grant counsel's request to withdraw.

8. Mr. Healion has already filed out a financial affidavit indicating his precarious financial condition with a request for the Court to appoint new counsel.

9.  Under these circumstances, counsel for Mr. Healion can no longer effectively represent Mr. Healion in connection with this matter.

WHEREFORE, for the above reasons undersigned counsel for the Defendant, Brian Healion, respectfully requests that this Honorable Court grant the Motion to Withdraw as Counsel based on financial hardship set-forth above.

Respectfully submitted,

*s/Walter Weir*
WALTER WEIR, ESQUIRE

JAMES A. FUNT, ESQUIRE

## VERIFICATION AND CERTIFICATE OF SERVICE

Walter Weir, Esquire, attorney for Defendant herein, verifies that the statements contained in the foregoing MOTION TO WITHDRAW AS COUNSEL and that a true and correct copy of the foregoing was served this 1st day of August, 2023 via the Court's electronic filing service, upon all parties of record.

Respectfully submitted,

*s/Walter Weir*
WALTER WEIR, ESQUIRE

JAMES A. FUNT, ESQUIRE